**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Erin Pintens, and Rebecca Gerroll on behalf of themselves and those similarly situated, | ) ) ) | |
| | ) | Case No. 1:15-cv-04733 |
| | ) | |
| Plaintiff, | ) | Samuel Der-Yeghiayan, |
| | ) | U.S. District Court Judge |
| v. | ) | |
| | ) | Sheila Finnegan, |
| Unite Grill LLC, d/b/a, Unite Urban | ) | U.S. Magistrate Judge |
| Grill, Joseph D. Krouse, and Jayson | ) | |
| Lane, | ) | |
| | ) | Jury Trial Demanded |
| Defendants, | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Erin Pintens, by and through her undersigned attorney, hereby stipulates that her claims, which constitute all remaining claims in this case, shall be dismissed.

/s/ *Shneur Nathan*
Shneur Nathan
Hale Law LLC
53 West Jackson Blvd.
Suite 330
Chicago, Il. 60604
(312) 341-9646
One of the Attorneys for Defendants
Att. No. 6294495

Dated: August 25, 2015

## <u>CERTIFICATE OF SERVICE</u>

I, Shneur Nathan, have filed the attached document with the Court's CM/ECF system on the date stamped on the top margin of this document, which simultaneously sent electronic notification and a copy of the same to all counsel of record.

<u>/s/</u> *Shneur Nathan*